```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    13cr924 (DLC)
                                         :
            Judgment Creditor,           :        ORDER
        -v-                              :
                                         :
SCOT ZARKIEWICZ,                         :
                                         :
            Judgment Debtor,             :
                                         :
        and                              :
                                         :
EDWARD JONES & CO., L.P.,                :
                                         :
            Garnishee.                   :
-----------------------------------------:
                                         :
ANNA M. ZARKIEWICZ,                      :
                                         :
            Claimant/Petitioner.         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the claimant/petitioner Anna M. Zarkiewicz's motion to quash, dissolve, or modify the writ of garnishment filed October 20, it is hereby

ORDERED that the Government shall file its response to the motion by **November 3, 2023**, and any reply by plaintiff shall be due **November 10, 2023**.

Dated:   New York, New York
         October 23, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge