```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
                Judgment Creditor,         :
            -v-                            :
                                           :
SCOT ZARKIEWICZ,                           :    13cr924 (DLC)
                                           :
                Judgment Debtor,           :    ORDER
                                           :
            and                            :
                                           :
EDWARD JONES & CO., L.P.,                  :
                                           :
                Garnishee.                 :
------------------------------------------:
                                           :
ANNA M. ZARKIEWICZ,                        :
                                           :
                Claimant/Petitioner.       :
------------------------------------------X
```

DENISE COTE, District Judge:

On October 2, 2023, the Government sought a writ of garnishment in the amount of $6,327,513.06. The writ was issued on October 3. An Answer of the Garnishee Edward Jones & Co. was received and filed on October 12.

On October 20, Anna Zarkiewicz filed a motion to quash, dissolve, or modify the writ. The Government filed a response on November 2. For the reasons set forth in the Government's response, it is hereby

ORDERED that the Government's request for 60 days to conduct discovery is granted. The parties shall provide a status letter to the Court by January 26, 2024.

Dated:   New York, New York
         November 8, 2023

                                          _____
                                          DENISE COTE
                                          United States District Judge